SO. CAL EQUAL ACCESS GROUP
Jason Yoon (SBN 306137)
Jason J. Kim (SBN 190246)
101 S. Western Avenue, Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorney for Plaintiff,
SUNG CHOI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNG CHOI,<br><br>Plaintiff,<br><br>vs.<br><br>WALGREEN CO. D/B/A WALGREENS #12573; SHIVOM, LLC; and DOES 1 through 10,<br><br>Defendants. | **CASE NO. 8:19-cv-01762 DOC (JDEx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff **SUNG CHOI** ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1  Defendant has neither answered Plaintiff's Complaint, nor filed a motion for
2  summary judgment.  Accordingly, this matter may be dismissed without an Order of
3  the Court.
4
5
6  DATED:  January 13, 2020            SO. CAL EQUAL ACCESS GROUP
7
8           /s/ Jason Yoon
   JASON YOON
9  Attorney for Plaintiff